UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARRYL FUNDERBURK, | ) | 1:07-cv-01394 OWW-TAG (HC) |
| | ) | |
| Petitioner, | ) | ORDER ADOPTING FINDINGS AND |
| | ) | RECOMMENDATIONS |
| | ) | (Doc. 10) |
| v. | ) | |
| | ) | ORDER DISMISSING PETITION FOR WRIT |
| | ) | OF HABEAS CORPUS |
| W.J. SULLIVAN, et al., | ) | (Doc. 1) |
| | ) | |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT TO |
| | ) | ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus, which the Court construes as filed pursuant to 28 U.S.C. § 2254.

On May 22, 2008, the Magistrate Judge assigned to the case issued Findings and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED for lack of exhaustion. (Doc. 10). The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen days from the date of service of that order. To date, the parties in this case have not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued May 22, 2008 (Doc. 10), are ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:    June 20, 2008**             **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE